IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN DYE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : FILE NO. 1:18-cv-02122-LMM |
| AMDOCS, INC., and SAMRAT TAWARE, | : |
| Defendants. | : |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Amend Complaint to Add Defendant Amdocs Development Centre India, LLP and Dismiss Defendant Amdocs, Inc. After review and consideration, Plaintiff's Motion is GRANTED. The Plaintiff shall file an Amended Complaint adding Defendant Amdocs Development Centre India, LLP and dismissing Defendant Amdocs, Inc. Defendant Amdocs, Inc., is dismissed without prejudice from this case.

SO ORDERED this **4th** day of **September**, 2018.

_____
The Honorable Leigh Martin May
Judge, U.S.D.C., Northern District of Georgia