IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN DYE, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| AMDOCS DEVELOPMENT CENTER INDIA, LLP, *et al.,* | 1:18-cv-2122-LMM |
| Defendants. | |

## ORDER

Plaintiff's Motion for Leave to Amend Complaint [13] is **GRANTED, as unopposed**. See LR 7.1B, NDGa. The Clerk is **DIRECTED** to file Dkt. No. [13] at 6-12 as the Second Amended Complaint in this matter.

**IT IS SO ORDERED** this 14th day of November, 2018.

_____
**Leigh Martin May**
**United States District Judge**