# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUSTIN DYE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 1:18-cv-02122-SDG |
| ) | |
| v. ) | |
| ) | |
| AMDOCS, DEVELOPMENT ) | |
| CENTRE INDIA, LLP ) | |
| AND SAMRAT TAWARE ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Justin Dye, through his attorneys of record and hereby stipulates to the dismissal of this action against all Defendants WITH PREJUDICE.

Respectfully submitted this 31st day of August, 2021.

/s/Matthew T. Wilson
Adam P. Princenthal
Georgia Bar No. 588219
Matthew T. Wilson
Georgia Bar No. 558420

PRINCENTHAL, MAY & WILSON, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
Tel: (678) 534-1980
Fax: (404) 806-0624
Email: matthew@princemay.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14 point Times New Roman.

This 31st day of August, 2021.

                                                  Respectfully submitted,

                                                  */s/Matthew T. Wilson*
                                                  Adam P. Princenthal
                                                  Georgia Bar No. 588219
                                                  Matthew T. Wilson
                                                  Georgia Bar No. 558420

PRINCENTHAL MAY & WILSON, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
Tel: (678) 534-1980
Fax: (404) 806-0624
Email: matthew@princemay.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served counsel for the Defendant in the foregoing matter with a copy of **STIPULATION OF DISMISSAL WITH PREJUDICE** upon opposing counsel of record by filing an electronic copy with the Court's CM/ECF system, which will send electronic notice of filing to the following:

Gene A. Major, Esq.<br>
Walter B. Yarbrough, Esq.<br>
Fain, Major & Brennan, P.C.<br>
100 Glenridge Point Parkway<br>
Suite 500<br>
Atlanta, Georgia 30342

This 31st day of August, 2021.

                                                              */s/Matthew T. Wilson*
                                                              Matthew T. Wilson
                                                              Georgia Bar No. 558420

PRINCENTHAL MAY & WILSON, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, Georgia 30328
Tel: (678) 534-1980
Fax: (404) 806-0624
Email: matthew@princemay.com